|   |   |
|---|---|
| 1 | Aaron P. Minnis, Esq. (SBN202935) |
| 2 | Sonya L. Smallets, Esq. (SBN226190) |
|   | Sean D. McHenry, Esq. (SBN284175) |
| 3 | MINNIS & SMALLETS LLP |
|   | 369 Pine Street, Suite 500 |
| 4 | San Francisco, California 94104 |
|   | T: (415) 551-0885 |
| 5 | F: (415) 683-7157 |
|   | E: Aaron@MinnisAndSmallets.com |

Attorneys for Plaintiff
ZACHARY BONGIOVANNI

Thomas M. McInerney (SBN162055)
Zachary W. Shine (SBN 271522)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300, One Market Plaza
San Francisco, California 94105
T: (415) 442-4810
F: (415) 442-4870
E: Zachary.Shine@OgletreeDeakins.com

Attorneys for Defendant
NRG ENERGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZACHARY BONGIOVANNI, | ) Case No.: 3:16-cv-00686-JST |
|---|---|
| PLAINTIFF, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) |
| NRG ENERGY, INC.; & DOES 1 THROUGH 10, INCLUSIVE, | ) |
| DEFENDANTS. | ) Judge: Hon. Jon S. Tigar |
|   | ) Courtroom: 9 – 19th Floor |
|   | ) Complaint filed: December 21, 2015 |

-1-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: 3:16-cv-00686-JST

1  The parties hereby stipulate to and request that the Court continue the
2  Case Management Conference scheduled for June 1, 2016, as Plaintiff's
3  counsel has a scheduling conflict. Counsel are available for a Case
4  Management Conference on June 15 and June 29.

DATED: February 29, 2016

        MINNIS & SMALLETS LLP

        by:  /s/ Aaron P. Minnis
        AARON P. MINNIS, ESQ.
        Attorneys for Plaintiff
        ZACHARY BONGIOVANNI

DATED: February 29, 2016

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        by:  /s/ Zachary W. Shine
        ZACHARY W. SHINE, ESQ.
        Attorneys for Defendants
        NRG ENERGY, INC.

IT IS ORDERED that the Case Management Conference in this matter is continued to  June 15, 2016                             .

DATED: February 29, 2016    by: [signature]
        JON S. TIGAR
        UNITED STATES DISTRICT JUDGE