UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZACHARY BONGIOVANNI, | |
|---|---|
| Plaintiff, | Case No. 16-cv-00686-JST |
| v. | **SCHEDULING ORDER** |
| NRG ENERGY, INC., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | June 29, 2016 |
| Fact discovery cut-off | February 3, 2017 |
| Expert disclosures | March 27, 2017 |
| Expert rebuttal | April 17, 2017 |
| Expert discovery cut-off | May 21, 2017 |
| Deadline to file dispositive motions | February 23, 2017 |
| Pretrial conference statement due | June 6, 2017 |
| Pretrial conference | June 16, 2017 at 2:00 p.m. |
| Jury Trial | July 10, 2017 at 8:30 a.m. |

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | 8 days |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: June 15, 2016

JON S. TIGAR
United States District Judge